# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00217-CV

### In re Glen Edward Williams

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of a default judgment signed by the trial court. However, relator has failed to file a record containing "a certified or sworn copy of every document that is material to the relator's claim for relief," including a copy of the default judgment itself. *See* Tex. R. App. P. 52.7(a)(1). Because relator has failed to provide the Court with a record containing all documents needed to make a decision, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne and Justice Kelly and Ellis

Filed: April 4, 2025